# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: American Warehouse Systems, LLC | § | Case No. 14-43673-KAC |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Nauni Manty, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $4,311.00      Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $36,578.09      Claims Discharged
                                                 Without Payment: $1,117,537.92

Total Expenses of Administration: $605,234.51

---

3) Total gross receipts of $ 662,051.46 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 20,238.86 (see **Exhibit 2**), yielded net receipts of $641,812.60 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 174,924.44 | 170,959.44 | 170,959.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 434,275.07 | 434,275.07 | 434,275.07 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 176.89 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,158,217.95 | 941,546.50 | 941,546.50 | 36,578.09 |
| **TOTAL DISBURSEMENTS** | $1,158,394.84 | $1,550,746.01 | $1,546,781.01 | $641,812.60 |

4) This case was originally filed under Chapter 7 on September 08, 2014. The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/07/2020     By: /s/Nauni Manty
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Business Checking Account Village Bank Balance a | 1129-000 | 45,837.50 |
| Accounts Receivable | 1121-000 | 843.72 |
| Cash on hand at conversion | 1290-000 | 422,144.61 |
| Comcast Refund | 1229-000 | 70.27 |
| Preference to SSI Steele Solutions | 1241-000 | 6,688.00 |
| Preference to SpaceRak | 1241-000 | 55,000.00 |
| Preference to American Express | 1241-000 | 5,379.50 |
| Preference to Cranston Material Handlineg | 1241-000 | 1,500.00 |
| Preference to J & L Wire Cloth, LLC | 1241-000 | 3,500.00 |
| Preference to Buicky Builders | 1241-000 | 3,500.00 |
| Preference to Strong Hold Products | 1241-000 | 5,000.00 |
| Preference to Wirecrafters, LLC | 1241-000 | 2,500.00 |
| Preference to Steven Thoemke | 1241-000 | 10,000.00 |
| Preference to EMESCO | 1241-000 | 10,000.00 |
| Preference to Mark Juelich | 1241-000 | 90,087.86 |
| **TOTAL GROSS RECEIPTS** | | **$662,051.46** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Fairchild Equipment | Pmt belongs to Fairchild Equip for order after sale occured, mail correction sent to us instead of them | 8500-002 | 843.72 |
| Southwest Installers | payment of oustanding invoice 160408 | 8500-002 | 1,180.00 |
| Sunbelt Rentals | payment of outstanding invoice 60014693001 | 8500-002 | 949.87 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | |
|---|---|---|---|
| RP Solutions, LLC | payment of outstanding invoie 67 | 8500-002 | 600.00 |
| Fairchild Equipment | payment for AWS invoices 1946, 1894, 1990 | 8500-002 | 9,757.77 |
| Material Handling Installation Group | for invoice 5385 to Crown Lift Trucks | 8500-002 | 6,907.50 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$20,238.86** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Nauni Jo Manty | 2100-000 | N/A | 35,340.63 | 35,340.63 | 35,340.63 |
| Trustee Expenses - Nauni Jo Manty | 2200-000 | N/A | 1,060.94 | 1,060.94 | 1,060.94 |
| Attorney for Trustee Fees (Trustee Firm) - Manty & Associates, P.A. | 3110-000 | N/A | 109,465.00 | 105,500.00 | 105,500.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Manty & Associates, P.A. | 3120-000 | N/A | 1,531.91 | 1,531.91 | 1,531.91 |
| Other - Paiement Law Office, LLC | 3210-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| U.S. Trustee Quarterly Fees - United States Trustee | 2950-000 | N/A | 4,875.00 | 4,875.00 | 4,875.00 |
| Other - INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 175.12 | 175.12 | 175.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 40.36 | 40.36 | 40.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 695.91 | 695.91 | 695.91 |
| Other - Twin City Process Service, LLC | 2990-000 | N/A | 26.00 | 26.00 | 26.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 614.95 | 614.95 | 614.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 675.01 | 675.01 | 675.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 606.30 | 606.30 | 606.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 616.99 | 616.99 | 616.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 681.24 | 681.24 | 681.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 637.63 | 637.63 | 637.63 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 680.91 | 680.91 | 680.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 594.98 | 594.98 | 594.98 |
| Other - Twin City Process Service, LLC | 2990-000 | N/A | 46.00 | 46.00 | 46.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 660.39 | 660.39 | 660.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 602.22 | 602.22 | 602.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 708.80 | 708.80 | 708.80 |
| Other - INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 184.48 | 184.48 | 184.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 722.90 | 722.90 | 722.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 715.40 | 715.40 | 715.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 814.16 | 814.16 | 814.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 719.80 | 719.80 | 719.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 796.30 | 796.30 | 796.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 747.52 | 747.52 | 747.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 721.56 | 721.56 | 721.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 819.95 | 819.95 | 819.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 704.20 | 704.20 | 704.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 757.60 | 757.60 | 757.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 731.82 | 731.82 | 731.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 848.48 | 848.48 | 848.48 |
| Other - INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 162.64 | 162.64 | 162.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 744.27 | 744.27 | 744.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 820.00 | 820.00 | 820.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 793.16 | 793.16 | 793.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 408.76 | 408.76 | 408.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 547.29 | 547.29 | 547.29 |
| Other - Neil K. Johnson Agency | 2990-000 | N/A | 80.00 | 80.00 | 80.00 |
| Other - INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 247.86 | 247.86 | 247.86 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$174,924.44** | **$170,959.44** | **$170,959.44** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Fairchild Equipment | 6990-000 | N/A | 85,000.00 | 85,000.00 | 85,000.00 |
| Damotech, Inc. | 6910-000 | N/A | 30,583.00 | 30,583.00 | 30,583.00 |
| Morrison Sund PLLC | 6220-610 | N/A | 32,203.48 | 32,203.48 | 32,203.48 |
| Cubic Designs, Inc. | 6990-000 | N/A | 14,395.00 | 14,395.00 | 14,395.00 |
| ESCAPE FIRE PROECTION , LLC | 6950-000 | N/A | 285.00 | 285.00 | 285.00 |
| Docs Industrial Inc. | 6990-000 | N/A | 16,400.00 | 16,400.00 | 16,400.00 |
| Viking Installations, Inc. | 6990-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| Steele Solutions Inc. | 6990-000 | N/A | 38,167.96 | 38,167.96 | 38,167.96 |
| SOUTHWORTH PRODUCTS | 6990-000 | N/A | 21,194.00 | 21,194.00 | 21,194.00 |
| Your Computer Hero | 6990-000 | N/A | 1,320.33 | 1,320.33 | 1,320.33 |
| ThyssenKrupp Elevator Corp. | 6990-000 | N/A | 1,631.42 | 1,631.42 | 1,631.42 |
| Steven B. Nosek | 6990-000 | N/A | 6,902.33 | 6,902.33 | 6,902.33 |
| Triangle Fire Protection, Inc. (ADMINISTRATIVE) | 6910-000 | N/A | 145,100.00 | 145,100.00 | 145,100.00 |
| American Express Travel Related Services Company | 6990-000 | N/A | 2,585.45 | 2,585.45 | 2,585.45 |
| GULF COAST OFFICE PRODUCTS INC | 6910-000 | N/A | 22,717.80 | 22,717.80 | 22,717.80 |
| Kari L Heid | 6950-000 | N/A | 14,039.30 | 14,039.30 | 14,039.30 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $434,275.07 | $434,275.07 | $434,275.07 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | STATE OF MINNESOTA | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 6 | Kari Heid | 5300-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | MN Dept of Revenue | 5200-000 | 176.89 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $176.89 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Toyota-Lift of Minnesota, Inc. | 7100-000 | 814,805.36 | 823,238.39 | 823,238.39 | 31,981.94 |
| 3 | Cummings, Keegan & Co., PLLP | 7100-000 | 19,800.00 | 16,345.00 | 16,345.00 | 634.99 |
| 4 -2 | Morrison Sund PLLC | 7100-000 | 111,219.97 | 96,583.61 | 96,583.61 | 3,752.17 |
| 21 | American Express Travel Related Services Company, | 7100-000 | N/A | 5,379.50 | 5,379.50 | 208.99 |
| NOTFILED | MVP Logistics, LLC | 7100-000 | 284.17 | N/A | N/A | 0.00 |
| NOTFILED | MHIG | 7100-000 | 17,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Scoreboard Transportation | 7100-000 | 2,450.00 | N/A | N/A | 0.00 |
| NOTFILED | WireCrafters | 7100-000 | 47,494.50 | N/A | N/A | 0.00 |
| NOTFILED | Steven Thoemke | 7100-000 | 34,500.00 | N/A | N/A | 0.00 |
| NOTFILED | EMESCO | 7100-000 | 22,291.45 | N/A | N/A | 0.00 |
| NOTFILED | Paul W. Chamberlain | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Western Pacific | 7100-000 | 44,267.26 | N/A | N/A | 0.00 |
| NOTFILED | Jolene M. Andrzejewski | 7100-000 | 12,475.00 | N/A | N/A | 0.00 |
| NOTFILED | Denstor Mobile Storage Systems | 7100-000 | 18,934.37 | N/A | N/A | 0.00 |
| NOTFILED | Jolene M. Andrzejewski | 7100-000 | 6,559.39 | N/A | N/A | 0.00 |
| NOTFILED | Cogan Wire and Metal Products | 7100-000 | 2,685.54 | N/A | N/A | 0.00 |
| NOTFILED | Above All Installations LLC | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Conveyor Solutions | 7100-000 | 850.94 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,158,217.95** | **$941,546.50** | **$941,546.50** | **$36,578.09** |

UST Form 101-7-TDR (10/1/2010)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-43673-KAC  
**Case Name:** American Warehouse Systems, LLC  

**Period Ending:** 01/07/20

**Trustee:** (430120) Nauni Manty  
**Filed (f) or Converted (c):** 05/20/16 (c)  
**§341(a) Meeting Date:** 06/28/16  
**Claims Bar Date:** 09/26/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Business Checking Account Village Bank Balance a | 5,061.96 | 5,061.96 | | 45,837.50 | FA |
| 2  Damage Deposit (Rent) | 4,311.00 | 0.00 | | 0.00 | FA |
| 3  Sole owner Matererial Handling Installation Grou | Unknown | 0.00 | | 0.00 | FA |
| 4  Accounts Receivable<br>    Sold to Fairchild Equipment-May 2016. A/R sent to us after sale; forwarded to buyer. | 0.00 | 0.00 | | 843.72 | FA |
| 5  Furniture & Equipment - Less Depreciation<br>    Assets sold to Fairchild Equipment during chapter 11 | 0.00 | 0.00 | | 0.00 | FA |
| 6  Inventory<br>    Sold to Fairchild Equipment in May 2016 | 0.00 | 0.00 | | 0.00 | FA |
| 7  Goodwill and Unbilled Costs | Unknown | 0.00 | | 0.00 | FA |
| 8  Cash on hand at conversion  (u) | Unknown | 422,144.61 | | 422,144.61 | FA |
| 9  Comcast Refund  (u) | Unknown | 1.00 | | 70.27 | FA |
| 10  Preference to SSI Steele Solutions  (u)<br>    100% recovery | 6,688.00 | 6,688.00 | | 6,688.00 | FA |
| 11  Preference to SpaceRak  (u)<br>    Ntc Sttlmt No. 166 | 118,684.54 | 118,684.54 | | 55,000.00 | FA |
| 12  Preference to American Express  (u)<br>    Ntc Sttlmt No. 165 | 20,838.50 | 20,838.50 | | 5,379.50 | FA |
| 13  Preference to Cranston Material Handlineg  (u)<br>    Ntc Sttlmt No. 173 | 16,354.00 | 16,354.00 | | 1,500.00 | FA |
| 14  Preference to J & L Wire Cloth, LLC  (u)<br>    Ntc Sttlmt No. 174 | 35,917.64 | 35,917.64 | | 3,500.00 | FA |
| 15  Preference to Buicky Builders  (u)<br>    Ntc Sttlmt No. 177 | Unknown | 3,500.00 | | 3,500.00 | FA |
| 16  Preference to Strong Hold Products  (u)<br>    Ntc Sttlmt No. 184 | 30,042.23 | 30,042.23 | | 5,000.00 | FA |
| 17  Preference to Wirecrafters, LLC  (u)<br>    Ntc Sttlmt No. 188 | 61,235.25 | 2,500.00 | | 2,500.00 | FA |
| 18  Preference to Steven Thoemke  (u)<br>    Ntc Sttlmt No. 200, Adv. 17-4055 | 10,000.00 | 10,000.00 | | 10,000.00 | FA |

Printed: 01/07/2020 10:20 AM    V.14.60

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-43673-KAC  
**Case Name:** American Warehouse Systems, LLC  

**Period Ending:** 01/07/20

**Trustee:** (430120) Nauni Manty  
**Filed (f) or Converted (c):** 05/20/16 (c)  
**§341(a) Meeting Date:** 06/28/16  
**Claims Bar Date:** 09/26/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | Preference to EMESCO (u)<br>Ntc Sttlmt No. 187, Adv. 17-4055 | 1.00 | 10,000.00 | | 10,000.00 | FA |
| 20 | Preference to Mark Juelich (u)<br>Ntc Sttlmt No. 205, Adv. 17-4055; $1,000 + Mr. Juelich's interest in judgment against Toyota-Lift of Minnesota, Inc., Ntc Sale No. 225 | 1.00 | 100,000.00 | | 90,087.86 | FA |
| 20 | **Assets Totals** (Excluding unknown values) | **$309,135.12** | **$781,732.48** | | **$662,051.46** | **$0.00** |

**Major Activities Affecting Case Closing:**

09/13/19: Distribution checks cut

**Initial Projected Date Of Final Report (TFR):** December 31, 2018        **Current Projected Date Of Final Report (TFR):** August 5, 2019 (Actual)

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-43673-KAC | **Trustee:** Nauni Manty (430120) |
| **Case Name:** American Warehouse Systems, LLC | **Bank Name:** Mechanics Bank |
| | **Account:** ******5066 - Checking Account |
| **Taxpayer ID #:** **-***7420 | **Blanket Bond:** $48,378,000.00 (per case limit) |
| **Period Ending:** 01/07/20 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/25/16 | {8} | Steven B. Nosek IOLTA | proceeds from sale of business | 1290-000 | 422,144.61 | | 422,144.61 |
| 05/26/16 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/26/2016 FOR CASE #14-43673, BOND #016018054 | 2300-000 | | 175.12 | 421,969.49 |
| 05/31/16 | {1} | Village Bank | proceeds from bank account | 1129-000 | 21,669.89 | | 443,639.38 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.36 | 443,599.02 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 695.91 | 442,903.11 |
| 07/22/16 | {1} | VILLAGE BANK | Closeout of bank account | 1129-000 | 491.94 | | 443,395.05 |
| 07/25/16 | | To Account #******5067 | Transfer to segregated account | 9999-000 | | 491.94 | 442,903.11 |
| 07/26/16 | 102 | Southwest Installers | payment of oustanding invoice 160408 | 8500-002 | | 1,180.00 | 441,723.11 |
| 07/26/16 | 103 | Sunbelt Rentals | payment of outstanding invoice 60014693001 | 8500-002 | | 949.87 | 440,773.24 |
| 07/26/16 | 104 | RP Solutions, LLC | payment of outstanding invoie 67 | 8500-002 | | 600.00 | 440,173.24 |
| 07/26/16 | 105 | Fairchild Equipment | payment for AWS invoices 1946, 1894, 1990 | 8500-002 | | 9,757.77 | 430,415.47 |
| 07/26/16 | 106 | Material Handling Installation Group | for invoice 5385 to Crown Lift Trucks | 8500-002 | | 6,907.50 | 423,507.97 |
| 07/27/16 | 107 | Twin City Process Service, LLC | pick up debtor's documents and records | 2990-000 | | 26.00 | 423,481.97 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 614.95 | 422,867.02 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 675.01 | 422,192.01 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 606.30 | 421,585.71 |
| 10/14/16 | {9} | COMCAST | Refund | 1229-000 | 70.27 | | 421,655.98 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 616.99 | 421,038.99 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 681.24 | 420,357.75 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 637.63 | 419,720.12 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 680.91 | 419,039.21 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 594.98 | 418,444.23 |
| 03/15/17 | 108 | Twin City Process Service, LLC | Invoice 24346 | 2990-000 | | 46.00 | 418,398.23 |
| 03/22/17 | {10} | SSI STEELE SOLUTIONS | Repayment of preference | 1241-000 | 6,688.00 | | 425,086.23 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 660.39 | 424,425.84 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 602.22 | 423,823.62 |
| 05/31/17 | {11} | HEARTLAND STEEL PRODUCTS WEST, LLC | Payment of settlement sum | 1241-000 | 55,000.00 | | 478,823.62 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 708.80 | 478,114.82 |
| 06/01/17 | 109 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2017 FOR CASE #14-43673, Bond # 016018054 | 2300-000 | | 184.48 | 477,930.34 |
| 06/19/17 | {12} | AMERICAN EXPRESS TRAVEL RELATED SERVICES | Preference settlement | 1241-000 | 5,379.50 | | 483,309.84 |
| 06/26/17 | {13} | CRANSTON MATERIAL | Settlement payment | 1241-000 | 1,500.00 | | 484,809.84 |

Subtotals :   $512,944.21   $28,134.37

{} Asset reference(s)                                                                         Printed: 01/07/2020 10:20 AM   V.14.60

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 14-43673-KAC | | Trustee: | Nauni Manty (430120) |
|---|---|---|---|---|
| Case Name: | American Warehouse Systems, LLC | | Bank Name: | Mechanics Bank |
| | | | Account: | ******5066 - Checking Account |
| Taxpayer ID #: | **-***7420 | | Blanket Bond: | $48,378,000.00  (per case limit) |
| Period Ending: | 01/07/20 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | HANDLING EQUIP CORP | | | | | |
| 06/26/17 | {14} | J & L WIRE CLOTH LLC | Preference settlement | 1241-000 | 3,500.00 | | 488,309.84 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 722.90 | 487,586.94 |
| 07/05/17 | {15} | WELD RILEY, S.C. | Preference settlement | 1241-000 | 3,500.00 | | 491,086.94 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 715.40 | 490,371.54 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 814.16 | 489,557.38 |
| 09/05/17 | {16} | STONG HOLD PRODUCTS | Settlement of preference | 1241-000 | 5,000.00 | | 494,557.38 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 719.80 | 493,837.58 |
| 10/17/17 | {17} | WireCrafters, LLC | Payment of Settlement per Order dated 10/6/17 | 1241-000 | 2,500.00 | | 496,337.58 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 796.30 | 495,541.28 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 747.52 | 494,793.76 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 721.56 | 494,072.20 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 819.95 | 493,252.25 |
| 02/06/18 | {19} | EMESCO, LLC | Payment pursuant to Notice of Settlement dated August 29, 2017, and approved by court on September 22, 2017 | 1241-000 | 10,000.00 | | 503,252.25 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 704.20 | 502,548.05 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 757.60 | 501,790.45 |
| 04/26/18 | {20} | Mark C. Juelich | Settlement payment per Notice of Settlement, Doc. No. 205. | 1241-000 | 1,000.00 | | 502,790.45 |
| 04/26/18 | {18} | Steven E. Thoemke | Settlement payment per Notice of Settlement, Doc. No. 200. | 1241-000 | 10,000.00 | | 512,790.45 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 731.82 | 512,058.63 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 848.48 | 511,210.15 |
| 06/05/18 | 110 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2018 FOR CASE #14-43673, Bond #: 016018054 | 2300-000 | | 162.64 | 511,047.51 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 744.27 | 510,303.24 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 820.00 | 509,483.24 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 793.16 | 508,690.08 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 408.76 | 508,281.32 |
| 10/04/18 | {20} | Toyota Lift of Minnesota, Inc. | Settlement proceeds from Notice of Settlement No. 225 | 1241-000 | 89,087.86 | | 597,369.18 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 547.29 | 596,821.89 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 510.40 | 596,311.49 |
| 12/04/18 | 111 | Neil K. Johnson Agency | Cost of transcript of hrg on 05/02/2016, Invoice | 2990-000 | | 80.00 | 596,231.49 |

Subtotals :  $124,587.86  $13,166.21

{} Asset reference(s)

Printed: 01/07/2020 10:20 AM   V.14.60

Exhibit 9

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 14-43673-KAC | | Trustee: | Nauni Manty (430120) |
|---|---|---|---|---|
| Case Name: | American Warehouse Systems, LLC | | Bank Name: | Mechanics Bank |
| | | | Account: | ******5066 - Checking Account |
| Taxpayer ID #: | **-***7420 | | Blanket Bond: | $48,378,000.00 (per case limit) |
| Period Ending: | 01/07/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | No. 7753 | | | | |
| 12/19/18 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -510.40 | 596,741.89 |
| 06/05/19 | 112 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2019 FOR CASE #14-43673, Bond # 016018054 for 06/01/19 - 06/01/20 | 2300-000 | | 247.86 | 596,494.03 |
| 07/16/19 | | From Account #******5067 | Transfer to close out account; preparing for final accounting | 9999-000 | 24,167.61 | | 620,661.64 |
| 09/13/19 | 113 | Nauni Jo Manty | Dividend paid 100.00% on $35,340.63, Trustee Compensation; Reference: | 2100-000 | | 35,340.63 | 585,321.01 |
| 09/13/19 | 114 | Nauni Jo Manty | Dividend paid 100.00% on $1,060.94, Trustee Expenses; Reference: | 2200-000 | | 1,060.94 | 584,260.07 |
| 09/13/19 | 115 | Manty & Associates, P.A. | Dividend paid 100.00% on $105,500.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 105,500.00 | 478,760.07 |
| 09/13/19 | 116 | Manty & Associates, P.A. | Dividend paid 100.00% on $1,531.91, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 1,531.91 | 477,228.16 |
| 09/13/19 | 117 | Paiement Law Office, LLC | Dividend paid 100.00% on $1,500.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 1,500.00 | 475,728.16 |
| 09/13/19 | 118 | United States Trustee | Dividend paid 100.00% on $4,875.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 4,875.00 | 470,853.16 |
| 09/13/19 | 119 | Fairchild Equipment | Dividend paid 100.00% on $85,000.00, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 85,000.00 | 385,853.16 |
| 09/13/19 | 120 | Damotech, Inc. | Dividend paid 100.00% on $30,583.00, Trade Debt (Chapter 11); Reference: | 6910-000 | | 30,583.00 | 355,270.16 |
| 09/13/19 | 121 | Morrison Sund PLLC | Dividend paid 100.00% on $32,203.48, Special Counsel Expenses (Chapter 11); Reference: | 6220-610 | | 32,203.48 | 323,066.68 |
| 09/13/19 | 122 | Cubic Designs, Inc. | Dividend paid 100.00% on $14,395.00, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 14,395.00 | 308,671.68 |
| 09/13/19 | 123 | ESCAPE FIRE PROECTION , LLC | Dividend paid 100.00% on $285.00, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7); Reference: | 6950-000 | | 285.00 | 308,386.68 |
| 09/13/19 | 124 | Docs Industrial Inc. | Dividend paid 100.00% on $16,400.00, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 16,400.00 | 291,986.68 |

Subtotals :     $24,167.61     $328,412.42

{} Asset reference(s)

Printed: 01/07/2020 10:20 AM     V.14.60

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 14-43673-KAC  
**Case Name:** American Warehouse Systems, LLC  

**Taxpayer ID #:** **-***7420  
**Period Ending:** 01/07/20  

**Trustee:** Nauni Manty (430120)  
**Bank Name:** Mechanics Bank  
**Account:** ******5066 - Checking Account  
**Blanket Bond:** $48,378,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/13/19 | 125 | Viking Installations, Inc. | Dividend paid 100.00% on $1,750.00, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 1,750.00 | 290,236.68 |
| 09/13/19 | 126 | Steele Solutions Inc. | Dividend paid 100.00% on $38,167.96, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 38,167.96 | 252,068.72 |
| 09/13/19 | 127 | SOUTHWORTH PRODUCTS | Dividend paid 100.00% on $21,194.00, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 21,194.00 | 230,874.72 |
| 09/13/19 | 128 | 5435 180th LN NW | Dividend paid 100.00% on $1,320.33, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 1,320.33 | 229,554.39 |
| 09/13/19 | 129 | ThyssenKrupp Elevator Corp. | Dividend paid 100.00% on $1,631.42, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 1,631.42 | 227,922.97 |
| 09/13/19 | 130 | Steven B. Nosek | Dividend paid 100.00% on $6,902.33, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 6,902.33 | 221,020.64 |
| 09/13/19 | 131 | Triangle Fire Protection, Inc. (ADMINISTRATIVE) | Dividend paid 100.00% on $145,100.00, Trade Debt (Chapter 11);  Reference: | 6910-000 | | 145,100.00 | 75,920.64 |
| 09/13/19 | 132 | American Express Travel Related Services Company | Dividend paid 100.00% on $2,585.45, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 2,585.45 | 73,335.19 |
| 09/13/19 | 133 | GULF COAST OFFICE PRODUCTS INC (ADMINISTRATIVE) | Dividend paid 100.00% on $22,717.80, Trade Debt (Chapter 11);  Reference: | 6910-000 | | 22,717.80 | 50,617.39 |
| 09/13/19 | 134 | Kari L Heid | Dividend paid 100.00% on $14,039.30, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference: | 6950-000 | | 14,039.30 | 36,578.09 |
| 09/13/19 | 135 | Toyota-Lift of Minnesota, Inc. | Dividend paid   3.88% on $823,238.39; Claim# 2; Filed: $823,238.39; Reference: | 7100-000 | | 31,981.94 | 4,596.15 |
| 09/13/19 | 136 | Cummings, Keegan & Co., PLLP | Dividend paid   3.88% on $16,345.00; Claim# 3; Filed: $16,345.00; Reference: | 7100-000 | | 634.99 | 3,961.16 |
| 09/13/19 | 137 | Morrison Sund PLLC | Dividend paid   3.88% on $96,583.61; Claim# 4-2; Filed: $96,583.61; Reference: | 7100-000 | | 3,752.17 | 208.99 |
| 09/13/19 | 138 | American Express Travel Related Services Company, | Dividend paid   3.88% on $5,379.50; Claim# 21; Filed: $5,379.50; Reference: | 7100-000 | | 208.99 | 0.00 |

Subtotals :   $0.00   $291,986.68

{} Asset reference(s)   Printed: 01/07/2020 10:20 AM   V.14.60

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| | |
|---|---|
| **Case Number:** 14-43673-KAC | **Trustee:** Nauni Manty (430120) |
| **Case Name:** American Warehouse Systems, LLC | **Bank Name:** Mechanics Bank |
| | **Account:** ******5066 - Checking Account |
| **Taxpayer ID #:** **-***7420 | **Blanket Bond:** $48,378,000.00 (per case limit) |
| **Period Ending:** 01/07/20 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 661,699.68 | 661,699.68 | $0.00 |
| | | | Less: Bank Transfers | | 24,167.61 | 491.94 | |
| | | | **Subtotal** | | 637,532.07 | 661,207.74 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$637,532.07** | **$661,207.74** | |

{} Asset reference(s)

Printed: 01/07/2020 10:20 AM V.14.60

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 14-43673-KAC | | Trustee: | Nauni Manty (430120) |
|---|---|---|---|---|
| Case Name: | American Warehouse Systems, LLC | | Bank Name: | Mechanics Bank |
| | | | Account: | ******5067 - Checking Account |
| Taxpayer ID #: | **-***7420 | | Blanket Bond: | $48,378,000.00  (per case limit) |
| Period Ending: | 01/07/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/22/16 | {1} | American Warehouse Systems | Proceeds from the bank account of Material Handling Installation Group | 1129-000 | 23,675.67 | | 23,675.67 |
| 06/27/16 | {4} | HOLLAND & SHERRY INC. | AR | 1121-000 | 843.72 | | 24,519.39 |
| 07/13/16 | 101 | Fairchild Equipment | Pmt belongs to Fairchild Equip for order after sale occured, mail correction sent to us instead of them | 8500-002 | | 843.72 | 23,675.67 |
| 07/25/16 | | From Account #******5066 | Transfer to segregated account | 9999-000 | 491.94 | | 24,167.61 |
| 07/16/19 | | To Account #******5066 | Transfer to close out account; preparing for final accounting | 9999-000 | | 24,167.61 | 0.00 |
| | | | ACCOUNT TOTALS | | 25,011.33 | 25,011.33 | $0.00 |
| | | | Less: Bank Transfers | | 491.94 | 24,167.61 | |
| | | | Subtotal | | 24,519.39 | 843.72 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $24,519.39 | $843.72 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******5066 | 637,532.07 | 661,207.74 | 0.00 |
| Checking # ******5067 | 24,519.39 | 843.72 | 0.00 |
| | $662,051.46 | $662,051.46 | $0.00 |

{} Asset reference(s)    Printed: 01/07/2020 10:20 AM    V.14.60